Decided October 30, 2008

ANGELA H. SCHLICHTING *v.* NICHOLAS COTTER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 109 Conn. App. 361 (AC 28745), is denied.

*Gerald L. Garlick,* in support of the petition.

Decided October 30, 2008